# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| VISALUA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. CV413-028 |
| | ) | |
| AMBER THEN; and | ) | |
| OCEAN AVE., LLC, | | |
| | ) | |
| Defendants. | ) | |

## O R D E R

The Court having reviewed and considered the petition of Peter R. Bulmer of the law firm of Jackson Lewis, LLP, 150 North Michigan Avenue, Suite 2500, Chicago, Illinois 60601, for permission to appear pro hac vice on behalf of plaintiff Visalus, Inc., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Peter R. Bulmer as counsel of record for plaintiff Visalus, Inc., in this case.

**SO ORDERED** this __25th__ day of February, 2013.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA